IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION

| | |  |
|---|---|---|
| **AARON L. GREEN, JR.,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO.  7:02-CV-122 (HL) |
| **STEVEN RUDSAIL, et al,** | : | |
| Defendants | : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 24) filed June 8, 2005  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 30th day of June, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**